# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STANLEY EARNEST RIMER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71451 |
| STANLEY EARNEST RIMER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71855 ✓ |
| STANLEY EARNEST RIMER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71856 |

**FILED**

APR 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from district court orders denying a "motion to vacate void judgment for the state courts violation of subject matter jurisdiction," denying a motion to disqualify a district court judge, and denying a "motion to strike false information from PSI and motion for order for parole hearing." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction to consider these appeals.

17-13414

*Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.[1]

_____/s/ Hardesty_____, J.
Hardesty

_____/s/ Parraguirre_____, J.
Parraguirre

_____/s/ Stiglich_____, J.
Stiglich

cc: Hon. Douglas W. Herndon, District Judge
Stanley Earnest Rimer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]In light of this order, we take no action on the pro se motions filed in Docket Nos. 71451, 71855 and 71856.